ITURRONDO *v.* EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de San Juan, Sección 1ª.

No. 89.—Resuelto en abril 5, 1911.

MANDATO—FACULTADES DEL APODERADO PARA TOMAR DINERO A PRÉSTAMO.—Por los fundamentos de la opinión emitida en el caso, de *Villar* v. *El Registrador de la Propiedad,* ·pag. 434, *se resolvió* que la facultad de tomar· dinero a préstamo no ha sido conferida expresamente al apoderado en este caso.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Francisco de la Torre.*

EL JUEZ ASOCIADO, SR. DEL TORO, emitió la opinión del tribunal.

Presentada para su inscripción en el registro de la propiedad la escritura No. 162, otorgada ante el Notario de la Torre, en San Juan el 13 de diciembre de 1910, por José G. Iturrondo, como apoderado de Francisco Iturrondo, y Eduardo Villar, como apoderado de Alejandro Villar, sobre préstamo garantizado con hipoteca; el registrador se negó a inscribirla por medio de la siguiente nota, contra la cual se ha interpuesto el presente recurso gubernativo.

"Denegada la inscripción del anterior documento porque en el poder acompañado conferido a Don José G. Iturrondo, no se incluye la facultad a éste de tomar dinero a préstamo; y se ha extendido anotación preventiva al folio 198 del tomo 35°. de esta ciudad, finca 1470, anotación letra A, por término de cuatro meses. San Juan, enero 18 de 1911.  El Registrador.  José S. Belaval."

Hemos examinado cuidadosamente el poder otorgado por Francisco Iturrondo a José G. Iturrondo y en él no se confiere por el poderdante al apoderado expresamente la facultad de tomar dinero a préstamo.

En tal virtud y por los fundamentos consignados en la opinión de este tribunal emitida en el caso de *Villar* v. *Registrador de San Juan*, decidido en el día de hoy, el recurso debe declararse sin lugar y confirmarse la nota recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado MacLeary.

Jueces disidentes: Sres. Asociados Wolf y Aldrey.